**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ALASKA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Mobile IV Systems, LLC** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 26-3513825 |
| 4. | Debtor's address | **Principal place of business**<br>**22730 Seneca Circle**<br>**Chugiak, AK 99567**<br>Number, Street, City, State & ZIP Code<br><br>Anchorage<br>County | **Mailing address, if different from principal place of business**<br>**PO Box 672027**<br>**Chugiak, AK 99567**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | www.MIVSystems.com |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership<br>☐ Other. Specify: _____ |

Debtor   **Mobile IV Systems, LLC**  _____ Case number (if known) _____
     Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
   __3391__

8. **Under which chapter of the Bankruptcy Code is the Debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply*:
     - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.

   | District | When | Case number |
   |---|---|---|
   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    | Debtor _____ | | Relationship to you _____ |
    |---|---|---|
    | District _____ | When _____ | Case number, if known _____ |

Debtor  **Mobile IV Systems, LLC** _____  Case number (*if known*) _____
      Name

11. **Why is the case filed in this district?**  *Check all that apply:*
    - ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    - ■ No
    - ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)
    - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
    - ☐ It needs to be physically secured or protected from the weather.
    - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    - ☐ Other _____

    **Where is the property?** _____
    Number, Street, City, State & ZIP Code

    **Is the property insured?**
    - ☐ No
    - ☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**  *Check one:*
    - ■ Funds will be available for distribution to unsecured creditors.
    - ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    - ■ 1-49
    - ☐ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated Assets**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ■ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0 - $50,000
    - ☐ $50,001 - $100,000
    - ☐ $100,001 - $500,000
    - ☐ $500,001 - $1 million
    - ■ $1,000,001 - $10 million
    - ☐ $10,000,001 - $50 million
    - ☐ $50,000,001 - $100 million
    - ☐ $100,000,001 - $500 million
    - ☐ $500,000,001 - $1 billion
    - ☐ $1,000,000,001 - $10 billion
    - ☐ $10,000,000,001 - $50 billion
    - ☐ More than $50 billion

Debtor  **Mobile IV Systems, LLC** _____    Case number (*if known*) _____
     Name

## Request for Relief, Declaration, and Signature

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 16, 2016**
                   MM / DD / YYYY

**X  /s/ Gerold S. Gugel**                                            **Gerold S. Gugel**
   Signature of authorized representative of debtor      Printed name

Title  **Manager**

**18. Signature of attorney**

**X  /s/ Michael R. Mills ABA**                                       Date **March 16, 2016**
   Signature of attorney for debtor                                           MM / DD / YYYY

**Michael R. Mills ABA**
Printed name

**Dorsey & Whitney LLP**
Firm name

**1031 W. 4th Ave., Ste. 600**
**Anchorage, AK 99501**
Number, Street, City, State & ZIP Code

Contact phone  **(907) 276-4557**        Email address  **mills.mike@dorsey.com**

**#8911074**
Bar number and State

CERTIFICATE OF MEMBER RESOLUTIONS
OF
MOBILE I.V. SYSTEMS, LLC

The undersigned Manager of Mobile I.V. Systems, LLC, an Arizona limited liability company (the "Company"), hereby certifies that the following resolutions were adopted by a majority of the Members, in conformance with the Operating Agreement of the Company, at a duly noticed meeting of the Members held in Anchorage, Alaska on March 13, 2016:

> **RESOLVED,** that the members of the Company find that, based upon the financial condition of the Company and other factors, the filing of a petition for bankruptcy under Chapter 11 of Title 11 of the United States Code in the Bankruptcy Court for the District of Alaska in Anchorage, Alaska is appropriate and necessary; and
>
> **FURTHER RESOLVED,** that the Company may file a petition under Chapter 11 of Title 11 of the United States Code, and that Mr. Gerald Gugel, manager of the Company, be and hereby is authorized and empowered in the name and on behalf of the Company to take such actions, including employment of counsel, and to file such documents as are necessary or desirable to cause a petition to be filed and to carry out the duties and obligations of the Company pursuant to the bankruptcy proceedings instituted thereby.

This Certificate is hereby executed this 16th day of March, 2016

By: _____
Name: Gerold S. Gugel
Title: Manager

4838-9995-4735\1

Fill in this information to identify the case:

Debtor name | Mobile IV Systems, LLC
United States Bankruptcy Court for the: DISTRICT OF ALASKA

Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Blue Rocket Marketing 25 Gelding Ct. Danville, CA 94526 | | Marketing Expense | | | | $12,000.00 |
| DLA Piper LLP 33 Arch Street, 26th Floor Boston, MA 02110 | | Patent Work | Disputed | | | $72,250.67 |
| Vreeman, Fred C/O State of Alaska 610 University Aveue Fairbanks, AK 99709 | | Promissory Note | Unliquidated | | | $200,000.00 |

# United States Bankruptcy Court
## District of Alaska

In re **Mobile IV Systems, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Aquila Alaska Corporation<br>3060 N Lazy Eight Ct.<br>Wasilla, AK 99654 | | 35.742504% | Membership Interest |
| Cates, "JC"<br>2841 Debarr Rd #22<br>Anchorage, AK 99508 | | 6.322963% | Membership Interest |
| Edensberg LLC<br>3060 N Lazy Eight Ct.<br>Suite 2, PMB 193<br>Wasilla, AK 99654 | | 21.185853% | Membersip Interest |
| Gugel, Gerold S. Jr.<br>22730 Seneca Circle<br>Chugiak, AK 99567 | | 26.748680% | Membership Interest |
| International Technology Dev. Corp.<br>1106 Commercial Street<br>Athens, TX 75751 | | 10% | Membership Interest |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **March 16, 2016**          Signature **/s/ Gerold S. Gugel**  
                                                   **Gerold S. Gugel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Alaska

In re   **Mobile IV Systems, LLC**                                   Case No.
                              Debtor(s)                              Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Mobile IV Systems, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Aquila Alaska Corporation**
**3060 N Lazy Eight Ct.**
**Wasilla, AK 99654**

**Edensberg LLC**
**3060 N Lazy Eight Ct.**
**Suite 2, PMB 193**
**Wasilla, AK 99654**

**International Technology Dev. Corp.**
**1106 Commercial Street**
**Athens, TX 75751**

☐ None [*Check if applicable*]

**March 16, 2016**                    /s/ Michael R. Mills ABA
Date                                  **Michael R. Mills ABA #8911074**
                                      Signature of Attorney or Litigant
                                      Counsel for   **Mobile IV Systems, LLC**
                                      **Dorsey & Whitney LLP**
                                      **1031 W. 4th Ave., Ste. 600**
                                      **Anchorage, AK 99501**
                                      **(907) 276-4557 Fax:(907) 276-4152**
                                      **mills.mike@dorsey.com**

# United States Bankruptcy Court
## District of Alaska

In re   **Mobile IV Systems, LLC**                              Case No.
                                        Debtor(s)               Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **March 16, 2016**          **/s/ Gerold S. Gugel**
                                    **Gerold S. Gugel/Manager**
                                    Signer/Title

Berg Corporation
1106 Commercial Street
Athens, TX 75751


Blue Rocket Marketing
25 Gelding Ct.
Danville, CA 94526


DLA Piper LLP
33 Arch Street, 26th Floor
Boston, MA 02110


Gerold Gugel
22730 Seneca Circle
Chugiak, AK 99567


International Technology Dev. Corp.
1106 Commercial Street
Athens, TX 75751


IVS Infusion Products Limited
C/O Arnold Berg
1106 Commercial Street
Athens, TX 75751


Med-Logics
1627 Enterprise Street
Athens, TX 75751


Quality Products, Inc.
1106 Commercial Street
Athens, TX 75751


Vreeman, Fred
C/O State of Alaska
610 University Aveue
Fairbanks, AK 99709