Michael R. Mills, Esq., Alaska Bar #8911074
DORSEY & WHITNEY LLP
1031 West Fourth Avenue
Suite 600
Anchorage, AK 99501-5907
Telephone:    (907) 276-4557
Facsimile:    (907) 276-4152
Email: mills.mike@dorsey.com

Proposed Attorneys for the Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ALASKA

|  |  |
|---|---|
| MOBILE I.V. SYSTEMS, LLC, | ) <br> ) Case No. 16-00061 <br> ) <br> ) (Chapter 11) <br> Debtor.  ) <br> ) <br> ) <br> ) <br> ) |

# APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY DORSEY & WHITNEY AS GENERAL COUNSEL

The application of Mobile I.V. Systems, LLC, debtor and debtor-in possession ("MIVS" or "Debtor"), respectfully represents:

1.     A petition for relief was entered herein under Chapter 11 of Title 11, United States Code, on March 16, 2016.

2.     The Debtor requires attorneys experienced in Chapter 11 cases, and herein seeks the employment of Dorsey & Whitney LLP ("Dorsey") as general counsel.

3.     Michael R. Mills of Dorsey has represented many chapter 11 debtors in this state, and his experience and expertise will be beneficial to the Debtor.

4.     Dorsey has indicated its willingness to act on the Debtor's behalf. Michael

**DORSEY &
WHITNEY LLP**
1031 West 4th Avenue,
Suite 600
Anchorage, AK 99501
(907) 276-4557

APPLICATION TO EMPLOY DORSEY & WHITNEY LLP                                                Page 1 of 3
                                                             In re *Mobile I.V. Systems, LLC,* Case No. 16-00061

R. Mills is the primary attorney who will be working on this matter. Mr. Mills' hourly rate is $425. Michele Droege will be the primary paralegal assisting Mr. Mills, and her hourly rate is $210. These rates are subject to change, without notice, based on economic factors and to stay consistent with standard hourly rates charged non-bankruptcy clients. Hourly rates of other associates or paralegals will be charged at their normal hourly rate. Expenses, including photocopy charges, facsimile charges, and long distance phone charge will also be billed at applicant's prevailing rates.

5.     Dorsey received a retainer of $75,000 prior to the bankruptcy filing. $41,246.66 was applied pre-petition (including $1,717 used for the filing fee), and the remaining $33,753.34 is being held as a retainer for its services. The retainer will be held by Dorsey in its trust account pending a Court order.

6.     To the best of applicant's knowledge, none of the attorneys working at Dorsey & Whitney have any connection with the trustee, the Debtor, creditors, or any other party in interest, or their respective attorneys or accountants, nor do they represent any interest adverse to the estate in the matters upon which it is to be retained. Applicant believes that Dorsey & Whitney is a "disinterested party" within the meaning of 11 U.S.C. § 327.

WHEREFORE, the Debtor requests entry of an order authorizing it to employ and retain Dorsey as general counsel on the terms and conditions recited above.

Dated this 16th day of March, 2016.

DORSEY & WHITNEY LLP

By: /s/ Michael R. Mills
Michael R. Mills
Alaska Bar #8911074

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK  99501
(907) 276-4557

APPLICATION TO EMPLOY DORSEY & WHITNEY LLP                                    Page 2 of 3
In re *Mobile I.V. Systems, LLC,* Case No. 16-00061

I hereby certify that a copy of the foregoing was served this 16th day of March, 2016 on:

- Thomas A. Buford     thomas.a.buford@usdoj.gov
- Office of the U.S. Trustee     USTPRegion18.ak.ecf@usdoj.gov
- Kathryn Evans Perkins     kathryn.e.perkins@usdoj.gov

by electronic means through the ECF system as indicated on the Notice of Electronic filing.


By: /s/ Michele Droege
    Michele Droege, Paralegal
    Dorsey & Whitney LLP

**DORSEY & WHITNEY LLP**
1031 West 4th Avenue, Suite 600
Anchorage, AK 99501
(907) 276-4557

APPLICATION TO EMPLOY DORSEY & WHITNEY LLP

Page 3 of 3
In re *Mobile I.V. Systems, LLC,* Case No. 16-00061

4842-2370-1295